Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., *Plaintiff* v. AALUO, *et al*, *Defendants* | CIVIL ACTION No. 1: 19-cv-7728 (JGK) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants chinatera, Fotupuul, Fullyy, Kimmyi, lanyuedianti, Luckfind, Meethome, MoonShops, SGQCAR, Shareculture, Sweetdecor and Waroom Blue in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: April 20, 2020                                                                  Respectfully submitted,

                                                                  **EPSTEIN DRANGEL LLP**

BY:   /s/ Brieanne Scully
      Brieanne Scully (BS 3711)
      bscully@ipcounselors.com
      EPSTEIN DRANGEL LLP
      60 East 42nd Street, Suite 2520
      New York, NY 10165
      Telephone:     (212) 292-5390
      Facsimile:      (212) 292-5391
      *Attorneys for Plaintiff*
      *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on ___April 21, 2020___, 2020.

                                                  /s/ John G. Koeltl
                                                  _____
                                                  Judge John G. Koeltl
                                                 United States District Judge